Opinion filed March 27, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed March 27,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00224-CV

                                                    __________

 

                                        IN THE MATTER OF A.M.P.

 



 

                                        On
Appeal from the County Court at Law

 

                                                        Midland
County, Texas

 

                                                     Trial
Court Cause No. 5736

 



 

                                              M E
M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss his appeal.  In his motion,
appellant states that he no longer desires to pursue this appeal.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

March 27, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.